# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:16-cr-03013-BP-02 |
| CHRISTOPHER PECK, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's *Pro Se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Defendant was sentenced May 23, 2017 to a total of 600 months imprisonment following a guilty plea for one count of sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a), (e), and one count of receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2), (b)(1). Under 18 U.S.C. § 3582(c)(2), a Court may reduce a previously-imposed sentence for a "defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C.A. § 3582. In 2023 the Sentencing Commission promulgated Amendment 821, which, in relevant part, allows for a two-level reduction in offense level for certain offenders who lack criminal history points. USSG § 4C1.1 For a defendant to qualify for such reduction, however, the instant offense must not have been a sex offense. § 4C1.1 (a)(7). Accordingly, Defendant is therefore ineligible for relief sought and Defendant's Motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: April 5, 2024                              */s/ Douglas Harpool*
                                                  **DOUGLAS HARPOOL**
                                                  **UNITED STATES DISTRICT JUDGE**